UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

_____

Robert C. Nisenson, LLC
10 Auer Court
East Brunswick, NJ 08816
(732) 238-8777
(732) 238-8758 (fax)
RCN 6680

In Re:

Bobby Knight

Order Filed on April 24, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:     16-32337

Chapter:     13

Judge:     KCF

# ORDER RESPECTING REQUEST FOR EXTENSION
# OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 24, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on ___1/20/17___ :

Property:    17 Gunner Lane, Willingboro, NJ

Creditor:    M&T Bank

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by ___Robert C. Nisenson___, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including ___7/20/17___ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2