UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Robert C. Nisenson, LLC
10 Auer Court
East Brunswick, NJ 08816
(732) 238-8777
(732) 238-8758 (fax)
RCN 6680

In Re:

Bobby Knight

Order Filed on April 24, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:    16-32337

Chapter:    13

Judge:    KCF

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 24, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____1/20/17_____ :

Property: ____17 Gunner Lane, Willingboro, NJ_____

Creditor: ____M&T Bank_____

and a Request for

☒ Extension of the 90 day Loss Mitigation Period having been filed by ____Robert C. Nisenson____, and for good cause shown

☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____7/20/17_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Bobby Knight, Jr.  
    Debtor

Case No. 16-32337-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Apr 24, 2017  
                 Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2017.  
db           +Bobby Knight, Jr.,    17 Gunner LN,    Willingboro, NJ 08046-3325

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2017                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2017 at the address(es) listed below:  
            Albert    Russo     docs@russotrustee.com  
            Denise E. Carlon     on behalf of Creditor    Harley-Davidson Credit Corp dcarlon@kmllawgroup.com,  
             bkgroup@kmllawgroup.com  
            Michael E. Blaine     on behalf of Creditor    M&T BANK mblaine@schillerknapp.com,  
             tshariff@ecf.courtdrive.com;tshariff@schillerknapp.com;kcollins@schillerknapp.com  
            Robert C. Nisenson     on behalf of Debtor Bobby  Knight, Jr. rnisenson@aol.com,  
             nisensonlaw@aol.com;G2729@notify.cincompass.com;nisensonlaw@gmail.com  
                                                                       TOTAL: 4