Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 16−32337−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Bobby Knight Jr.
   17 Gunner LN
   Willingboro, NJ 08046

Social Security No.:
   xxx−xx−4731

Employer's Tax I.D. No.:

---

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on October 20, 2017, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 60 − 59
Order Granting Application for Extension of Loss Mitigation (Related Doc # 59). Loss Mitigation Period Extended to: 01/20/18. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 10/20/2017. (ckk)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: October 20, 2017
JAN: ckk

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                        Case No. 16-32337-KCF
Bobby Knight, Jr.                                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin              Page 1 of 1           Date Rcvd: Oct 20, 2017
                            Form ID: orderntc        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 22, 2017.
aty            +Schiller, Knapp, Lefkowitz & Hertzel,   30 Montgomery Street,   Suite 1205,
                 Jersey City, NJ 07302-3835

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
lm              E-mail/Text: camanagement@mtb.com Oct 20 2017 23:04:47      M&T Bank,   PO Box 1288,
                 Buffalo, NY   14240-1288
                                                                                                  TOTAL: 1

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 20, 2017 at the address(es) listed below:
              Albert    Russo     docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Harley-Davidson Credit Corp dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Michael E. Blaine    on behalf of Creditor    M&T BANK mblaine@schillerknapp.com,
               tshariff@schillerknapp.com;kcollins@schillerknapp.com;mpreston@schillerknapp.com
              Robert C. Nisenson    on behalf of Debtor Bobby  Knight, Jr. rnisenson@aol.com,
               nisensonlaw@aol.com;G2729@notify.cincompass.com;nisensonlaw@gmail.com
                                                                                             TOTAL: 4