# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

      Case No.: 16−32337−KCF
      Chapter: 13
      Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Bobby Knight Jr.
   17 Gunner LN
   Willingboro, NJ 08046

Social Security No.:
   xxx−xx−4731

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on January 30, 2018, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 68 − 67
Order Granting Application for Extension of Loss Mitigation (Related Doc # 67). Loss Mitigation Period Extended to: 2/20/2018. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 1/26/2018. (ckk)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: January 30, 2018
JAN: ckk

                                                                                        Jeanne Naughton
                                                                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Bobby Knight, Jr.  
    Debtor

Case No. 16-32337-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Jan 30, 2018  
                      Form ID: orderntc      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2018.  
aty          +Schiller, Knapp, Lefkowitz & Hertzel,   30 Montgomery Street,   Suite 1205,   Jersey City, NJ 07302-3835

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
lm            E-mail/Text: camanagement@mtb.com Jan 30 2018 23:18:27     M&T Bank,   PO Box 1288,   Buffalo, NY  14240-1288  
                                                                                                                                                      TOTAL: 1

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2018                                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2018 at the address(es) listed below:  
         Albert   Russo   docs@russotrustee.com  
         Denise E. Carlon   on behalf of Creditor   Harley-Davidson Credit Corp dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Michael E. Blaine   on behalf of Creditor   M&T BANK mblaine@schillerknapp.com, tshariff@schillerknapp.com;kcollins@schillerknapp.com;mpreston@schillerknapp.com  
         Richard James Tracy, III   on behalf of Creditor   M&T BANK rtracy@schillerknapp.com, tshariff@schillerknapp.com;kcollins@schillerknapp.com  
         Robert C. Nisenson   on behalf of Debtor Bobby  Knight, Jr. rnisenson@aol.com, nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonlaw@gmail.com;nisensonrr70983@notify.bestcase.com  
                                                                                                                                                                                                                           TOTAL: 5