| Information to identify the case: | | | |
|---|---|---|---|
| **Debtor 1:** | Bobby Knight Jr. | Social Security number or ITIN: | xxx–xx–4731 |
| | First Name  Middle Name  Last Name | EIN: _ _–_ _ _ _ _ _ _ | |
| **Debtor 2:** (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN: _ _ _ _ EIN: _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court: | District of New Jersey | Date case filed in chapter: | 13   11/22/16 |
| Case number: | 16–32337–KCF | Date case converted to chapter: | 7   3/2/18 |

## Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline      12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Bobby Knight Jr. | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 17 Gunner LN<br>Willingboro, NJ 08046 | |
| 4. | **Debtor's attorney**<br>Name and address | Robert C. Nisenson<br>Robert C. Nisenson, LLC<br>10 Auer Court<br>Suite E<br>East Brunswick, NJ 08816 | Contact phone (732) 238–8777 |
| 5. | **Bankruptcy trustee**<br>Name and address | Daniel E Straffi<br>Straffi & Straffi, LLC<br>670 Common Way<br>Toms River, NJ 08755 | Contact phone 732–341–3800 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**           page 1

| | | | |
|---|---|---|---|
| 6. | **Bankruptcy clerk's office**  Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. (800) 676–6856 | 402 East State Street  Trenton, NJ 08608  Additional information may be available at the Court's Web Site: www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)  Contact phone 609–858–9333  Date: 3/5/18 |
| 7. | **Meeting of creditors**  **Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**  All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **April 9, 2018 at 01:30 PM**  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:  **Clarkson S. Fisher Federal Courthouse, 402 East State Street, Room 129, Trenton, NJ 08608–1507** |
| 8. | **Presumption of abuse**  If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. | **Deadlines**  The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**  **You must file a complaint:**  • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or  • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).  **You must file a motion:**  • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 6/8/18** |
| | | **Deadline to object to exemptions:**  The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim**  Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

```
                          United States Bankruptcy Court
                               District of New Jersey

In re:                                                          Case No. 16-32337-KCF
Bobby Knight, Jr.                                               Chapter 7
        Debtor                    CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin               Page 1 of 2        Date Rcvd: Mar 05, 2018
                            Form ID: 309A             Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 07, 2018.
db             +Bobby Knight, Jr.,    17 Gunner LN,    Willingboro, NJ 08046-3325
516513401      +AMCOL Systems, Inc.,    Amcol Systems, Inc.,    Po Box 21625,    Columbia, SC 29221-1625
516802248      +Domestic Support Obligation,    Latasha Philliips,    376 South 20th Street,
                 Newark, New Jersey 07103-1350
516562714      +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
516513406      +M & T Bank,   C/O Schiller,Knapp,Lefkowitz & Hertzel,,    30 Montgomery St. Ste 1205,
                 Jersey City, NJ 07302-3835
516513407      +Moorestown Dermatology Associates,    110 Marter Avenue Ste 102,    Moorestown, NJ 08057-3124
516513409      +The Children's Hospital of Philadelphia,    PO BOx 788017,    Philadelphia, PA 19178-8017
516788440      +The Cooper Health System    $801.00,   C/O Qar,    PO Box 239,    Gibbsboro, NJ 08026-0239

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: rnisenson@aol.com Mar 06 2018 01:14:01     Robert C. Nisenson,
                 Robert C. Nisenson, LLC,    10 Auer Court,   Suite E,    East Brunswick, NJ   08816
tr             +EDI: QDESTRAFFI.COM Mar 06 2018 05:53:00      Daniel E Straffi,    Straffi & Straffi, LLC,
                 670 Common Way,    Toms River, NJ 08755-6431
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 06 2018 01:14:53     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 06 2018 01:14:51     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516513400      +EDI: RMCB.COM Mar 06 2018 05:53:00      AMCA/Amer Medical Collection Agency,
                 4 Westchester Plaza,    Suite 110,   Elmsford, NY 10523-1615
516529807       EDI: AIS.COM Mar 06 2018 05:53:00      American InfoSource LP as agent for,
                 T Mobile/T-Mobile USA Inc,    PO Box 248848,    Oklahoma City, OK   73124-8848
516513402      +E-mail/Text: banko@berkscredit.com Mar 06 2018 01:14:34      Berks Credit & Collections,
                 Po Box 329,   Temple, PA 19560-0329
516513403      +EDI: PRA.COM Mar 06 2018 05:53:00      Capital One Bank NA,
                 C/O Portfolio Recovery Associates, LLC,    PO Box 12914,    Norfolk, VA 23541-0914
516513404      +E-mail/Text: bknotice@ercbpo.com Mar 06 2018 01:15:02      ERC/Enhanced Recovery Corp,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
516513405      +E-mail/Text: bankruptcy.notices@hdfsi.com Mar 06 2018 01:15:27     Harley Davidson Financial,
                 Attention: Bankruptcy,   Po Box 22048,    Carson City, NV 89721-2048
516545982       E-mail/Text: camanagement@mtb.com Mar 06 2018 01:14:42     M&T Bank,
                 c/o Schiller Knapp Lefkowitz & Hertzel L,    Post Office Box 840,    Buffalo, New York 14240
516718758       EDI: PRA.COM Mar 06 2018 05:53:00      Portfolio Recovery Associates, LLC,    c/o The Home Depot,
                 POB 41067,   Norfolk VA 23541
516668552      +EDI: RMSC.COM Mar 06 2018 05:53:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
516513408      +E-mail/Text: Supportservices@receivablesperformance.com Mar 06 2018 01:15:32      T-Mobile,
                 C/O Receivables Performance Mgmt,    Attn: Bankruptcy,    Po Box 1548,    Lynnwood, WA 98046-1548
516626101       EDI: WFFC.COM Mar 06 2018 05:53:00      Wells Fargo Bank N.A.,,
                 d/b/a Wells Fargo Dealer Services,    PO Box 19657,    Irvine, CA 92623-9657
516513410      +EDI: WFFC.COM Mar 06 2018 05:53:00      Wells Fargo Dealer Services,    Po Box 3569,
                 Rancho Cucamonga, CA 91729-3569
                                                                                              TOTAL: 16

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2018                          Signature:  /s/Joseph Speetjens

---

**CM/ECF NOTICE OF ELECTRONIC FILING**

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Mar 05, 2018
                              Form ID: 309A            Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 5, 2018 at the address(es) listed below:
          Albert   Russo    docs@russotrustee.com
          Daniel E Straffi     bktrustee@straffilaw.com,  dstraffi@ecf.epiqsystems.com
          Denise E. Carlon    on behalf of Creditor    Harley-Davidson Credit Corp dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Michael E. Blaine    on behalf of Creditor    M&T BANK mblaine@schillerknapp.com,
           tshariff@schillerknapp.com;kcollins@schillerknapp.com;mpreston@schillerknapp.com
          Richard James Tracy, III    on behalf of Creditor    M&T BANK rtracy@schillerknapp.com,
           tshariff@schillerknapp.com;kcollins@schillerknapp.com
          Robert C. Nisenson    on behalf of Debtor Bobby  Knight, Jr. rnisenson@aol.com,
           nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
                                                                                            TOTAL: 6