**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Bobby Knight Jr. | Social Security number or ITIN | xxx–xx–4731 |
| | First Name    Middle Name    Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    District of New Jersey

Case number:   16–32337–KCF

## Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Bobby Knight Jr.

6/12/18

**By the court:**  Kathryn C. Ferguson
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- ♦ some debts which the debtors did not properly list;

- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-32337-KCF
Bobby Knight, Jr.                                                         Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3              User: admin              Page 1 of 2              Date Rcvd: Jun 12, 2018
                                 Form ID: 318              Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 14, 2018.
db             +Bobby Knight, Jr.,    17 Gunner LN,    Willingboro, NJ 08046-3325
aty            +Schiller, Knapp, Lefkowitz & Hertzel,    30 Montgomery Street,    Suite 1205,
                Jersey City, NJ 07302-3835
516513401      +AMCOL Systems, Inc.,    Amcol Systems, Inc.,    Po Box 21625,    Columbia, SC 29221-1625
516802248      +Domestic Support Obligation,    Latasha Philliips,    376 South 20th Street,
                Newark, New Jersey 07103-1350
516562714      +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
516513406      +M & T Bank,    C/O Schiller,Knapp,Lefkowitz & Hertzel,,    30 Montgomery St. Ste 1205,
                Jersey City, NJ 07302-3835
516513407      +Moorestown Dermatology Associates,    110 Marter Avenue Ste 102,    Moorestown, NJ 08057-3124
516513409      +The Children's Hospital of Philadelphia,    PO BOx 788017,    Philadelphia, PA 19178-8017
516788440      +The Cooper Health System  $801.00,    C/O Qar,    PO Box 239,    Gibbsboro, NJ 08026-0239

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 12 2018 22:41:00      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 12 2018 22:40:57      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
lm              E-mail/Text: camanagement@mtb.com Jun 12 2018 22:40:46      M&T Bank,    PO Box 1288,
                Buffalo, NY  14240-1288
516513400      +EDI: RMCB.COM Jun 13 2018 02:28:00      AMCA/Amer Medical Collection Agency,
                4 Westchester Plaza,    Suite 110,    Elmsford, NY 10523-1615
516529807       EDI: AIS.COM Jun 13 2018 02:28:00      American InfoSource LP as agent for,
                T Mobile/T-Mobile USA Inc,    PO Box 248848,    Oklahoma City, OK  73124-8848
516513402      +E-mail/Text: banko@berkscredit.com Jun 12 2018 22:40:42      Berks Credit & Collections,
                Po Box 329,    Temple, PA 19560-0329
516513403      +EDI: PRA.COM Jun 13 2018 02:28:00      Capital One Bank NA,
                C/O Portfolio Recovery Associates, LLC,    PO Box 12914,    Norfolk, VA 23541-0914
516513404      +E-mail/Text: bknotice@ercbpo.com Jun 12 2018 22:41:03      ERC/Enhanced Recovery Corp,
                8014 Bayberry Rd,    Jacksonville, FL 32256-7412
516513405      +E-mail/Text: bankruptcy.notices@hdfsi.com Jun 12 2018 22:41:27      Harley Davidson Financial,
                Attention: Bankruptcy,    Po Box 22048,    Carson City, NV 89721-2048
516545982       E-mail/Text: camanagement@mtb.com Jun 12 2018 22:40:46      M&T Bank,
                c/o Schiller Knapp Lefkowitz & Hertzel L,    Post Office Box 840,    Buffalo, New York 14240
516718758       EDI: PRA.COM Jun 13 2018 02:28:00      Portfolio Recovery Associates, LLC,    c/o The Home Depot,
                POB 41067,    Norfolk VA 23541
516668552      +EDI: RMSC.COM Jun 13 2018 02:28:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk, VA 23541-1021
516513408      +E-mail/Text: Supportservices@receivablesperformance.com Jun 12 2018 22:41:32      T-Mobile,
                C/O Receivables Performance Mgmt,    Attn: Bankruptcy,    Po Box 1548,    Lynnwood, WA 98046-1548
516626101       EDI: WFFC.COM Jun 13 2018 02:28:00      Wells Fargo Bank N.A.,,
                d/b/a Wells Fargo Dealer Services,    PO Box 19657,    Irvine, CA 92623-9657
516513410      +EDI: WFFC.COM Jun 13 2018 02:28:00      Wells Fargo Dealer Services,    Po Box 3569,
                Rancho Cucamonga, CA 91729-3569
                                                                                     TOTAL: 15

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2018                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: Jun 12, 2018
                              Form ID: 318             Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 12, 2018 at the address(es) listed below:
              Daniel E Straffi    bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
              Denise E. Carlon    on behalf of Creditor    Harley-Davidson Credit Corp dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Michael E. Blaine    on behalf of Creditor    M&T BANK mblaine@schillerknapp.com,
               tshariff@schillerknapp.com;kcollins@schillerknapp.com;sbatcher@schillerknapp.com;ahight@schillerk
               napp.com;sbatcher@schillerknapp.com
              Richard James Tracy, III    on behalf of Creditor    M&T BANK rtracy@schillerknapp.com,
               tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com;sbatcher@schillerk
               napp.com
              Robert C. Nisenson    on behalf of Debtor Bobby  Knight, Jr. rnisenson@aol.com,
               nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
                                                                                    TOTAL: 5