UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:   Knight Jr., Bobby

Case No.: 16-32337
Chapter: 7
Judge: KCF

## NOTICE OF PROPOSED ABANDONMENT

__Daniel E. Straffi__, __Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:  402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable __Kathryn C. Ferguson__ on __September 18, 2018__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __2__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:  17 Gunner Lane
Willingboro, NJ
FMV - +/-$ 163,000.00

Liens on property:  M&T Bank - $ +/-$174,215.55

Plus 10% Estimated Costs of Sale

Amount of equity claimed as exempt:  $-0-

Objections must be served on, and requests for additional information directed to:

Name:  Daniel E. Straffi, Esq.
Address:  670 Commons Way Toms River, NJ 08755
Telephone No.: 732-341-3800

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                   Case No. 16-32337-KCF
Bobby Knight, Jr.                                                         Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2           Date Rcvd: Aug 08, 2018
                              Form ID: pdf905          Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 10, 2018.
db          +Bobby Knight, Jr.,    17 Gunner LN,    Willingboro, NJ 08046-3325
aty         +Schiller, Knapp, Lefkowitz & Hertzel,    30 Montgomery Street,    Suite 1205,
              Jersey City, NJ 07302-3835
516513401   +AMCOL Systems, Inc.,    Amcol Systems, Inc.,    Po Box 21625,    Columbia, SC 29221-1625
516802248   +Domestic Support Obligation,    Latasha Philliips,    376 South 20th Street,
              Newark, New Jersey 07103-1350
516562714   +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
516513406   +M & T Bank,    C/O Schiller,Knapp,Lefkowitz & Hertzel,,    30 Montgomery St. Ste 1205,
              Jersey City, NJ 07302-3835
516513407   +Moorestown Dermatology Associates,    110 Marter Avenue Ste 102,    Moorestown, NJ 08057-3124
516513409   +The Children's Hospital of Philadelphia,    PO BOx 788017,    Philadelphia, PA 19178-8017
516788440   +The Cooper Health System   $801.00,    C/O Qar,    PO Box 239,    Gibbsboro, NJ 08026-0239
516626101    Wells Fargo Bank N.A.,,    d/b/a Wells Fargo Dealer Services,    PO Box 19657,
              Irvine, CA 92623-9657
516513410   +Wells Fargo Dealer Services,    Po Box 3569,    Rancho Cucamonga, CA 91729-3569

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Aug 08 2018 23:34:15     U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 08 2018 23:34:12     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
lm           E-mail/Text: camanagement@mtb.com Aug 08 2018 23:33:49     M&T Bank,    PO Box 1288,
              Buffalo, NY  14240-1288
516513400   +E-mail/Text: bkrpt@retrievalmasters.com Aug 08 2018 23:34:11
              AMCA/Amer Medical Collection Agency,    4 Westchester Plaza,    Suite 110,
              Elmsford, NY 10523-1615
516529807    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 08 2018 23:39:40
              American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
              Oklahoma City, OK  73124-8848
516513402   +E-mail/Text: EBN_Greensburg@Receivemorermp.com Aug 08 2018 23:35:26
              Berks Credit & Collections,    Po Box 329,    Temple, PA 19560-0329
516513403   +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 08 2018 23:39:32
              Capital One Bank NA,    C/O Portfolio Recovery Associates, LLC,    PO Box 12914,
              Norfolk, VA 23541-0914
516513404   +E-mail/Text: bknotice@ercbpo.com Aug 08 2018 23:34:19     ERC/Enhanced Recovery Corp,
              8014 Bayberry Rd,    Jacksonville, FL 32256-7412
516513405   +E-mail/Text: bankruptcy.notices@hdfsi.com Aug 08 2018 23:34:56     Harley Davidson Financial,
              Attention: Bankruptcy,    Po Box 22048,    Carson City, NV 89721-2048
516545982    E-mail/Text: camanagement@mtb.com Aug 08 2018 23:33:49     M&T Bank,
              c/o Schiller Knapp Lefkowitz & Hertzel L,    Post Office Box 840,    Buffalo, New York 14240
516718758    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 08 2018 23:38:58
              Portfolio Recovery Associates, LLC,    c/o The Home Depot,    POB 41067,    Norfolk VA 23541
516668552   +E-mail/PDF: gecsedi@recoverycorp.com Aug 08 2018 23:38:51     Synchrony Bank,
              c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516513408   +E-mail/Text: Supportservices@receivablesperformance.com Aug 08 2018 23:35:03     T-Mobile,
              C/O Receivables Performance Mgmt,    Attn: Bankruptcy,    Po Box 1548,    Lynnwood, WA 98046-1548
                                                                                              TOTAL: 13

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 10, 2018                              Signature:   /s/Joseph Speetjens

```
District/off: 0312-3          User: admin                Page 2 of 2              Date Rcvd: Aug 08, 2018
                              Form ID: pdf905            Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 8, 2018 at the address(es) listed below:
              Daniel E Straffi    bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ep
               iqsystems.com
              Daniel E. Straffi    on behalf of Trustee Daniel E Straffi bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ep
               iqsystems.com
              Denise E. Carlon    on behalf of Creditor    Harley-Davidson Credit Corp dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Michael E. Blaine    on behalf of Creditor    M&T BANK
               tshariff@schillerknapp.com;kcollins@schillerknapp.com;sbatcher@schillerknapp.com;ahight@schillerk
               napp.com;sbatcher@schillerknapp.com
              Richard James Tracy, III    on behalf of Creditor    M&T BANK rtracy@schillerknapp.com,
               tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com
              Robert C. Nisenson    on behalf of Debtor Bobby  Knight, Jr. rnisenson@aol.com,
               nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
                                                                                             TOTAL: 6
```